UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,　　　　　　　　　　　　CR 09-228 ADM/FLN

　　　　Plaintiff,

　　　　v.　　　　　　　　　　　　　　　　　　O R D E R

01 - James Bernard Young
02 - Talora Ann Smith,

　　　　Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 15, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant Young's Motions to Suppress be **DENIED** as follows:

　　　　1.  Defendant Young's Motion to Suppress Evidence Obtained as a Result of May 11, 2009 Search and Seizure in Osage, MN [#65] is **DENIED**; and

　　　　2.  Defendant Young's Motion to Suppress Evidence Obtained as a Result of May 11, 2009 Search and Seizure in Arago Township, MN [#66] is **DENIED**.


DATED: November 9, 2009　　　　　　s/Ann D. Montgomery
at Minneapolis, Minnesota　　　　　　JUDGE ANN D.  MONTGOMERY
　　　　　　　　　　　　　　　　　　 United States District Court